PEOPLE v SMITH, No. 90779; Court of Appeals No. 131980.

PEOPLE v RAWLS, No. 90782; Court of Appeals No. 116632.

PEOPLE v BURTON, No. 90788; Court of Appeals No. 113843.

PEOPLE v LEE, No. 90791; Court of Appeals No. 118688.

*In re* APPLICATION OF MICHIGAN CONSOLIDATED GAS COMPANY FOR APPROVAL OF A PRICE CHANGE, DART OIL & GAS CORPORATION v PUBLIC SERVICE COMMISSION (ANTRIM v PUBLIC SERVICE COMMISSION), No. 90796; reported below: 186 Mich App 668.

CARROLL v GENERAL MOTORS CORPORATION, No. 90798; Court of Appeals No. 132265.

PEOPLE v GEE, No. 90800; Court of Appeals No. 111466.

DAVIS v GENERAL MOTORS CORPORATION, No. 90804; Court of Appeals No. 132667.

MURIEL GREEN v GENERAL MOTORS CORPORATION, No. 90816; Court of Appeals No. 132217.

AUTO-OWNERS INSURANCE COMPANY v RUCKER, No. 90819; reported below: 188 Mich App 125.

CHARLESTON v GENERAL MOTORS CORPORATION, No. 90822; Court of Appeals No. 132877.

ALEC v HOLLAND MOTOR EXPRESS COMPANY, No. 90823; Court of Appeals No. 132612.

DRUMMOND v GENERAL MOTORS CORPORATION, No. 90824; Court of Appeals No. 132807.

PEOPLE v WILLIS, No. 90827; Court of Appeals No. 114355.

PEOPLE v MARSHALL THOMAS, No. 90828; Court of Appeals No. 115585.

PEOPLE v EIGHMY, No. 90830; Court of Appeals No. 121035.

PEOPLE v MATTISON, No. 90831; Court of Appeals No. 111820.

GEORGE v DEPARTMENT OF CORRECTIONS, No. 90833; Court of Appeals No. 131675.

PEOPLE v DANIEL PACHECO, No. 90836; Court of Appeals No. 111816.

PURDY v GENERAL MOTORS CORPORATION, No. 90837; Court of Appeals No. 133221.

REHMANN, ROBSON & COMPANY v MCMAHAN, No. 90838; reported below: 187 Mich App 36.

BEIER, HOWLETT, HAYWARD, MCCANN, JONES, KINGSEPP & SHEA v KEILANI, No. 90839; Court of Appeals No. 115253.